944

No. 554, Misc. BARNES *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 560, Misc. WILKINS *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 561, Misc. BROWN *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 291. GINSBURG *v.* AMERICAN BAR ASSOCIATION ET AL., *ante,* p. 829;

No. 411. MAGIN *v.* UNITED STATES, *ante,* p. 914;

No. 446. THE FORT FETTERMAN ET AL. *v.* SOUTH CAROLINA STATE HIGHWAY DEPARTMENT, *ante,* p. 910;

No. 460. RIELA *v.* NEW YORK, *ante,* p. 915;

No. 481. THE R. A. TURRENTINE *v.* AMERICAN HOME ASSURANCE CO. ET AL., *ante,* p. 914;

No. 518. ALLRED ET AL. *v.* HEATON ET AL., *ante,* p. 517;

No. 155, Misc. STEGALL *v.* UNITED STATES, *ante,* p. 915;

No. 237, Misc. ´ RAY *v.* OHIO, *ante,* p. 476;

No. 241, Misc. SCOTT *v.* CALIFORNIA, *ante,* p. 471;

No. 424, Misc. IN RE SCHOENBURG, *ante,* p. 923;

No. 431, Misc. · KANGRGA ET AL. *v.* BAJKIC ET AL., *ante,* p. 916; and

No. 473, Misc. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL., *ante,* p. 916. Petitions for rehearing denied.

No. 269. BOROUGH OF EAST NEWARK ET AL. *v.* UNITED STATES, *ante,* p. 828; and

No. 352, Misc. JONES *v.* UNITED STATES, *ante,* p. 875. Motions for leave to file petitions for rehearing denied.